UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ANTHONY MAGRI )  Civil Action No._____
 )
    Vs. )
 )  CIVIL RIGHTS COMPLAINT
Pittsfield Massachusetts )
Police Department Et,al. )  WITH A REQUEST FOR A
Officer Walter Powell P.P.D. )
DET. Thomas Bowler P.P.D. )  DECLARATORY JUDGEMENT,
DET. Glenn Civello P.P.D. )
 )  MONETARYRELIEF AND A JURY
 )
 )      DEMAND
 )
 )
_____ )

I. INTRODUCTION

1.) This is a civil rights complaint brought by an inmate in the immediate custody of the Massachusetts Department of corrections, M.C.I. Concord, P.O. Box 9106, Concord, Massachusetts. Plaintiff alleges that his constitutional rights have been violated under the **4th** and **14th Amendments** to the United States Constitution.

II. JURISTICTIONAL STATEMENT

2.) Juristiction is conferred upon this court pursuant to **42 USCA** section **1983** and **1985**; **MCRA** Massachusetts Civil Rights Act, Massachusetts General Laws, Chapter 12 section 11I. This court has concurrent juristiction over all claims presented herein this civil rights complaint, to include **18 USCA** section **241** and **242**.

   Plaintiff reserves his right to amend this civil rights complaint at a later time, as information is disclosed to him.

Page One

III. PARTIES

3.) The plaintiff, Anthony J. Magri, is and continues to be within the care and custody of the Massachusetts Department of Corrections, at M.C.I. Concord, P.O. Box 9106, Concord, Ma. 01742 and a citizen of the United States.

4.) City of Pittsfield Massachusetts Police Department, at all times mention herein this civil rights action is the employer of the named defendants. This defendant is located at 39 Allen street, Pittsfield, Massachusetts.

5.) The defendant, Glenn Civello, is and was at all times mention within this civil rights complaint an employee of the Pittsfield Massachusetts Police Department, employed as Detective. This defendant is a citizen of the United States.

6.) The defendant, Thomas Bowler, is and was at all times mention within this civil rights complaint an employee of the Pittsfield Massachusetts Police Department, employed as Detective. This defendant is a citizen of the United States.

7.) The defendant, Walter Powell, is and was at all times mention within this civil rights complaint an employee of the Pittsfield Massachusetts Police Department. This defendant is a citizen of the United States.

## IV. STATEMENT OF RELEVANT FACTS

8.) The Plaintiff herein alleges as fact that on July 31, 2007, that his civil rights had been violated after being stopped by officer Walter Powell, of the Pittsfield Massachusetts Police Department, for a possible breaking and entering into a motor vehicle. The plaintiff was targeted as a suspect for being in the area at the time of the call. After questioning by this officer, plaintiff was placed in protective custody at the Pittsfield Police Department. While in custody at the Police lock up, his belongings,(backpack) was searched and siezed. Thus later determined by Judge John Agostini, of the Superior Court in Pittsfield Massachusetts, at the plaintiffs motion hearing in his criminal case, that these defendants did in fact violate his civil rights by not only placing him in custody,(siezing) him, but also by illegal search of his backpack. Plaintiff has in his possession judges,(Decision, Memorandum and order on defendant's motion to suppress), from his criminal proceedings.

9.) It is further contested by the herein named plaintiff, that on August 9, 2007, while being placed under arrest at the Brooks Pharmacy on North Street in Pittsfield by members of the Detective Bureau, I was again assualted physically by Detective Thomas Bowler and Detective Glenn Civello. At the time, I was walking down the isle of the store, when I was approached by the two Detectives, and was informed by them that I was under arrest and to come with them. I then without further instruction proceeded to walk with them towards the front of the store. As we went through the first set of sliding doors, Detective Bowler and Civello

Statement of Relevant Facts

did slam this plaintiff without cause or warning to the floor, and began slamming my face into the ground repeatedly. Detective Bowler then twisted my arm around my back, and at the same time had my wrist bent and twisted back so far that I was sreaming in pain that they were going to break my wrist. At this point they both ignored my pleas for help and continued to apply direct pressure on my wrist, while Detective Civello handcuffed me.

After being brought to the Pittsfield Police Station, and further complaining to the booking Sargent, pictures of my already swollen and discolored wrist were taken. I at this point was in such visable pain that the decision was made by the Sargent to have me taken to the hospital. I was then treated at Berkshire Medical Center, for a Dental Fracture, among other injuries. At this time the staff of the hospital took X-rays of my chin, wrist, and knee. All of which had suffered visable bruises and/or contusions. These injuries where of course all documented by the staff and the treating doctors I was seen by at the time. These actions against the Plaintiff at the hands of the officers and Detectives of the Pittsfield Police Department are clearly violations of his Constitutional Rights.

## V. CAUSE OF ACTION

10.) The acts and actions herein this civil rights complaint violated the Plaintiff's rights under the 4th and 14th Amendments to the United States Constitution, when the herein named defendant's did assault this Plaintiff, physically on August 9, 2007.

CAUSE OF ACTION CONT.

On July 31, 2007, The Plaintiff further states that his rights were violated when he was subject to an illegal siezure of his person, and his personal property, (backpack), and held against his will for a period of (4) four hours at the Pittsfield Police Department lockup, at 39 Allen Street, Pittsfield, Ma. 01201.

## VI. REQUEST FOR RELIEF

**WHEREFORE**, Plaintiff Respectfully Moves This Court To Grant The Following Relief;

11.) Grant Plaintiff a declaratory judgement, that the named defendant's, have violated Plaintiff's rights under the entitlements of the **4th** and **14th** Amendments, to the United States Constitution.

12.) Order the defendant(s) Jointly and separately, punitive damages in the sum of $50,000 (Fifty Thousand Dollars), each for there rolls in the actions as described by Plaintiff to ensure that such acts and actions will cease to continue.

13.) Award the Plaintiff monetary relief in the amount of $ **1.5 Million** (one and one half million dollars).

14.) Award Plaintiff all court costs and attorney fees to be paid for by the defendants, pursuant to **42 USCA s. 1988**.

15.) Issue an order to the defendants, to refrain from any form of retaliatory actions as a result of the filing of this civil rights complaint.

## VERIFICATION

The statements made herein this civil rights complaint are true and exact to the best of the Plaintiff's belief and knowledge.

Executed under the pains and penalties of perjury this ___3rd___ day of ___May___ and year 2010.

Respectfully Submitted,
S/ Anthony J. Magri
Anthony J. Magri, Pro Se
M.C.I. Concord
P.O. Box 9106
Concord, Ma. 01742

CC: