# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-CV-30083-MAP

| | |
|---|---|
| ANTHONY MAGRI,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| PITTSFIELD MASSACHUSETTS<br>POLICE DEPARTMENT ET, AL.,<br>OFFICER WALTER POWELL P.P.D.,<br>DET. THOMAS BOWLER P.P.D.,<br>DET. GLENN CIVELLO P.P.D.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR CRIMINAL AND PROBATION RECORDS

Access is hereby granted to Jeffrey J. Trapani, Esq. of Robinson Donovan P.C. to the criminal records of: **Anthony Magri, Date of Birth: ___/___/19___; Social Security Number: _____**, pursuant to general Laws Chapter 6, Section 172 ( c).

The Court further orders that the aforementioned defense counsel shall enter the full date of birth and social security number into this order and remit same to the target agency.

So ordered by the Court:

Dated: 4·18·12      Michael A. Ponsor

555088